UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI POORSINA,<br><br>        Plaintiff,<br><br>    v.<br><br>PEAK FORCLOSURE SERVICES, INC,<br><br>        Defendant. | Case No. 20-cv-08282-WHO<br><br>**ORDER RE ALI POORSINA'S OPPOSITION TO ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 23 |

On January 29, 2021, I granted defendant Peak Foreclosure Services, Inc.'s ("Peak") motion to dismiss pro se plaintiff Ali Poorsina's Complaint with prejudice. [Dkt. No. 21]. Judgment was entered and the matter was closed. [Dkt. No. 22]. On February 11, 2021, Poorsina filed another opposition to Peak's motion to dismiss, reiterating arguments addressed and rejected in my January 29, 2021 order. [Dkt. No. 23]. To the extent that Poorsina's filing can be construed as a motion for reconsideration, it is DENIED. Federal Rule of Civil Procedure 59(e) permits a district court to reconsider and amend a previous order under certain circumstances, none of which exist here. *See Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993) (motion for reconsideration is appropriate if the court: "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law"). Poorsina's case before this court is closed.

**IT IS SO ORDERED.**

Dated: March 1, 2021

William H. Orrick
United States District Judge